Antony O. Egbase, SBN 181721
Law Office of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Telephone: (213) 620-7070
Facsimile: (213)620-1200
Attorney for Debtor-in-possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION

| | |
|---|---|
| *IN RE* | ) Chapter 11 |
| | ) Case No. 1:10-BK-15296-GM |
| | ) |
| | ) **NOTICE OF CONTINUED SECTION 341(a)** |
| RAUL LOPEZ LOPEZ | ) **MEETING OF CREDITORS** |
| | ) |
| | ) Date: 07/1/2010 |
| Debtors/Movants | ) Time: 01:30:00 PM |
| | ) Location: 21051 Warner Center Lane, Rm 105, |
| | ) Woodland Hills, CA 91367 |
| | ) |

**TO THE UNITED STATES TRUSTEE, TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN THAT the Continued 341(a) Meeting of Creditors in the above entitled case has been set for July 1, 2010 at 1:30 p.m, in 21051 Warner Center Lane, Rm 105, Woodland Hills, CA 91367.

Dated: June 25, 2010                    Respectfully Submitted,

*/s/ Anthony O. Egbase*

Anthony O. Egbase, Esq.

- 1 -

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am over the age of 18 and not a party to the within action. My business mailing address is: 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

    On 06/25/2010, I served the following document described as **NOTICE OF CONTINUED 341(a) MEETING OF CREDITORS** on all interested parties in this action by placing [ X ] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*Please See Attached Mailing List*

[ **X** ] **BY MAIL: I enclosed a copy in separate envelopes, with postage fully prepaid, addressed to each addressee named below, and deposited each sealed envelope with the United States Postal Service in Los Angeles, California, for delivery as addressed above.**

[ ] **BY OVERNIGHT SHIPPING:** I caused such envelope(s) to be delivered via the above-checked shipper to the addressee(s) designated herein.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

[ ] **BY FACSIMILE:** I caused said documents(s) to be transmitted to the facsimile number(s) of the addressee(s) designated as follows:

[ ] **BY ELECTRONIC MAIL:** I caused said documents(s) to be transmitted to the electronic mail address(s) of the addressee(s) designated as follows:

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on 06/25/2010, at Los Angeles, California.

    */s/ Joanne Sanchez*

Raul Lopez Lopez
15044 Florentine Street
Sylmar, CA 91342


Anthony O. Egbase
Law Offices of Anthony O. Egbase
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071


BAC Home Loan Servicing, Lp
PO Box 10219
Van Nuys, CA 91410


Bank of America
P.O. Box 10287
Van Nuys, CA 91410


Collection Bureau of America
PO Box 5013
Hayward, CA 94540


Hector Javier Manzo
13245 Houston Avenue
Hanford, CA 93230


Maria Eugenia Lopez
15044 Florentine Street
Sylmar, CA 91342


Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

Raul Alexander Lopez
8781 Colbath Ave
Panorama City, CA 91402


SallieMae
po box 9500
Wilkes Barre, PA 18773


Sears
PO Box 688956
Des Moines, IA 50368


State Farm Bank
PO Box 5961
Madison, WI 53705